IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO: 3:07-CV-00547

JOHN G. BROWN

    Plaintiff,

vs.

JEFFREY W. GREENE and wife,

JENNIFER C. GREENE, and
THE GREENE COMPANY

    Defendants.

**DEFAULT JUDGMENT AGAINST DEFENDANTS JEFFREY W. GREENE, JENNIFER C. GREENE AND THE GREENE COMPANY**

This matter is before the Court on the Plaintiff's motion pursuant to Rule 55 of the Federal Rules of Civil Procedure for judgment by default against all defendants, which motion is supported by the Complaint and the Declaration of John Brown. The motion is well taken, it appearing from the record that an Entry of Default was properly entered on March 19, 2008. Because the Plaintiff seeks a default judgment for a sum certain or for a sum which can by computation be made certain, the Clerk hereby enters judgment against The Greene Company, Jeffrey Greene and Jennifer Greene, jointly and severally, for the amount of $5,095,200, which amount includes the principal amount of $1,460,000, plus prejudgment interest of $238,400 as of May 15, 2008 (which interest accrues at a per diem of $320), and treble damages under N.C. Gen. Stat. § 75-1.1 et. seq. In addition, Plaintiff is entitled to recover his attorney fees in this matter under N.C. Gen.

Stat. § 75-16, which amount, $5,559.50, is supported by the Declaration of Bradley C. Morris, and costs of this action.

Signed: July 1, 2008

Graham C. Mullen
United States District Judge